UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SCOTT MCCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:14-cv-131-RLY-WGH |
| | ) |
| PERDUE FARMS, INC, and | ) |
| SERVICE GENERAL CORP., d/b/a | ) |
| SERVICEXPRESS, | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

Pursuant to F.R.C.P. 41, this case is before the Court on Plaintiff's and Defendants', *Joint Stipulation of Dismissal*. The Court hereby ORDERS Plaintiff's claims against Defendants, be dismissed, with prejudice, each party to bear its own fees and costs.

DATED this ___6th___ day of __August__, 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution To:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.